| | |
|---|---|
| MCGREGOR W. SCOTT<br>United States Attorney<br>DAVID L. GAPPA<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 | |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NIKKO PEREZ,<br><br>Defendant. | CASE NO. 1:18-CR-00211 LJO-SKO<br><br>STIPULATION AND ORDER DIRECTING PAYMENT OF RESTITUTION AND VACATING HEARING<br><br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, David L. Gappa, and defendant, by and through defendant's counsel of record, Eric Schweitzer, stipulate as follows:

1. By previous order, this matter was set for a hearing on issues related to restitution on a date to be determined. The defendant's presence for that hearing was waived.

2. The parties have recently reached an agreement for the defendant to pay restitution in the amount of $2,500 to the one victim from the child pornography series known as "Tara." The court will order that the payments be due immediately, and notwithstanding any other provision of the

1

restitution order and judgment, the government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.   Payment and contact information will be provided by the U.S. Attorney's Office to the U.S. District Court Clerk's Office.

3. The parties agree that the defendant will notify the Collections Unit, United States Attorney's Office, of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation after the entry of judgement until the restitution is paid in full.

4. The restitution described above shall be paid through the Office of the Clerk of the District Court by bank or cashier's check or money order made payable to the "Clerk, United States District Court."   The Clerk's Office will distribute payments to victims through the representative or at the address for the victim provided by the U.S. Attorney's Office.

Dated:  December 17, 2019    McGREGOR W. SCOTT
United States Attorney

/s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney

Dated:  December 17, 2019    /s/ ERIC SCHWEITZER
ERIC SCHWEITZER
Counsel for Defendant
NIKKO PEREZ

**ORDER**

IT IS HEREBY ORDERED that an amended judgment be prepared that orders restitution in the amount of $2500.00 to the victim in the "Tara" series. Payment is due immediately and funds collected will be disbursed by the clerk's office to the address provided by the U.S. Attorney's Office.

IT IS SO ORDERED.

Dated: **December 17, 2019**          /s/ Lawrence J. O'Neill
                                                      UNITED STATES CHIEF DISTRICT JUDGE